

**CLARENCE DAVIS**

1116 Blanding Street / PO Box 999 (29202)
Columbia, SC 29201

cdavis@griffindavislaw.com
803 744 0800 O  | 803 744 0805 F

January 23, 2019

<u>VIA ECF</u>
The Honorable R. Bryan Harwell
U.S. District Judge
401 West Evans Street
Florence, SC 29501

    Re: Doe v. Coastal Carolina University
      Case No. 4:18-cv-00268-RBH

Dear Judge Harwell:

  For the Court's case docket administration and per the attached email "string", the above named Defendant Coastal Carolina University has requested and Plaintiff John Doe has consented to a 14-day extension in which to file its Answer. The Answer is now due on February 6, 2019.  Let us know if any questions or concerns.

  Respectfully yours, I am

            <u>s/ Clarence Davis</u>
            Clarence Davis

CD/jh

cc: Counsel of Record (Via ECF)

GRIFFIN & DAVIS LLC

| | |
|---|---|
| **From:** | Clarence Davis |
| **To:** | Gilliam, James; Golding, Henrietta |
| **Cc:** | Evans.Sheila@mcnair.net; Jaime Harmon |
| **Subject:** | RE: Doe/Coastal Carolina Title IX Litigation |
| **Date:** | Tuesday, January 22, 2019 10:48:43 AM |

Per your request below and by copy of this reply email, I agree to a 14 day extension to Answer the Complaint, with its due date now being February 6, 2019.



**Clarence Davis**
GRIFFIN DAVIS
803 744 0800 o  |  803 744 0805 f
1116 Blanding Street, Columbia, SC 29201
PO Box 999 (29202)
cdavis@griffindavislaw.com
www.griffindavislaw.com

**CONFIDENTIALITY NOTICE**: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED.** If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

**From:** Gilliam, James [mailto:JGilliam@burr.com]
**Sent:** Tuesday, January 22, 2019 10:12 AM
**To:** Clarence Davis <CDavis@griffindavislaw.com>; Golding, Henrietta <HGolding@burr.com>
**Cc:** Evans.Sheila@mcnair.net
**Subject:** RE: Doe/Coastal Carolina Title IX Litigation

Clarence:

Our answer in this case is due tomorrow, Jan. 23?  May we have a 14-day extensions of time, which would make our answer due on Feb. 6, 2019?

Jim



AL  •  DE  •  FL  •  GA
MS  •  NC  •  SC  •  TN

**James Gilliam  •**  *Partner*

Founders Centre, 2411 Oak St. Suite 206, Myrtle Beach, South Carolina 29577
main 843-444-1107 • fax 843-444-4729

jgilliam@burr.com  •  www.burr.com

Burr & Forman Joins Forces with McNair Law Firm, P.A., Effective January 1, 2019
360 Attorneys. 19 Offices. 1 Firm. Southeast Strong.